GALLIGER, Appellant, v. CITY OF ROCHESTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 15, 1905.) Action by George Galliger, an infant, etc., against the city of Rochester. No opinion. Appeal dismissed, without costs, on stipulation.

GALLISON et al., Respondents, v. WRIGHT & COBB LIGHTERAGE CO., Appellants. (Supreme Court, Appellate Term. March 3, 1905.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Forrest W. Gallison and another, individually and as surviving partners of F. W. Jarvis & Co., against the Wright & Cobb Lighterage Company. From a judgment in favor of plaintiffs, after a trial before the court without a jury, the defendant appeals. Reversed. Albert A. Wray (Walter W. Hay of counsel), for appellants. Alfred T. Davison, for respondents.

SCOTT, J. There is absolutely no competent evidence in the case showing that there was any shortage. The judgment should be reversed, and a new trial granted, with costs to appellants to abide the event.

GALVIN, Appellant, v. CAMMEYER, Respondent. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by Edward F. Galvin, against Alfred J. Cammeyer. J. E. Russell, for appellant. H. Bell, for respondent. No opinion. Judgment and order affirmed, with costs.

GANNETT, Appellant, v. SCHENECTADY RY. CO., Respondent. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by Abbie J. Gannett against the Schenectady Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

GANNETT, Appellant, v. SCHENECTADY RY. CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 14, 1905.) Action by Abbie J. Gannett against the Schenectady Railway Company. No opinion. Motion denied.

GAUSE v. COMMONWEALTH TRUST CO. (Supreme Court, Appellate Division, First Department. February 17, 1905.) Action by Harry T. Gause against the Commonwealth Trust Company. No opinion. Motion denied, with $10 costs.

GELENTER, Appellant, v. MILES, Respondent. (Supreme Court, Appellate Division, Second Department. January 27, 1905.) Action by Joseph Gelenter against William O. Miles. No opinion. Judgment of the Municipal Court affirmed, with costs.

GENEVA MINERAL SPRINGS CO., Limited, v. STEELE et al. (Supreme Court, Appellate Division, Fourth Department. March 8, 1905.) Action by the Geneva Mineral Springs Company, Limited, against Charles A. Steele, impleaded, etc.

PER CURIAM. Order affirmed, without costs.

McLENNAN, P. J., dissents, upon the ground that the justice sitting at Special Term was disqualified from entertaining the motion, and that such disqualification could not be waived by the parties.

In re GILBERT. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) In the matter of the judicial settlement of the account of Elmer Gilbert, as administrator of Telman B. Silsbee, deceased. No opinion. Decree unanimously affirmed, with costs.

GINNEGAW et al., Respondents, v. CORNING, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 16, 1905.) Action by Henry Ginnegaw and another against Anna Corning.

PER CURIAM. Motion to dismiss appeal granted, unless the appellant, on or before April 15, 1905, file and serve the printed papers on appeal, as provided by rule 41, in which event said motion is denied; and, in case said printed papers are not served and filed as above provided, upon filing due proof of such default the respondents may enter an order dismissing said appeal absolutely, with costs, without further notice.

GLASS et al., Appellants, v. MORRIS et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 15, 1905.) Action by George D. Glass and others against Cornelius J. Morris and others. N opinion. Judgment affirmed, with costs.

GLASS, Respondent, v. PENN, Appellant. (Supreme Court, Appellate Division, Second Department. February 15, 1905.) Action by Siegfried Glass, agent, etc., against Samuel Penn.

PER CURIAM. Final order of the Municipal Court affirmed, with costs.

HOOKER, J., not voting.

GLENS FALLS NAT. BANK, Appellant, v. VAN NOSTRAND, Respondent. (Supreme Court, Appellate Division, Third Department. March 8, 1905.) Action by the Glens Falls National Bank against Jane C. Van Nostrand. No opinion. Judgment (85 N. Y. Supp. 50) unanimously affirmed, with costs.

GLUCOSE SUGAR REFINING CO., Appellant, v. McKINNEY et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by the Glucose Sugar Refining Company against Edward P. McKinney and others. No opinion. Judgment affirmed, with costs.

GEIN, Respondent, v. LITTLE, Appellant. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Louis H. Gein against William M. Little. A. R. Hager, for appellant. L. W. Thompson, for respondent. No opinion. Judgment (89 N. Y. Supp. 488) affirmed, with costs.

GOLDBERG v. INTERURBAN ST. R. CO. (Supreme Court, Appellate Division, First De-